FRANK SKRODANES et al., as Administrators of the Estate of JOSEPH SKRODANES, Deceased, Respondents, *v.* THE KNICKERBOCKER ICE COMPANY, Appellant.

*Skrodanes v. Knickerbocker Ice Co.*, 177 App. Div. 891, affirmed.
(Submitted March 17, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered February 15, 1917, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of defendant, his employer. Joseph Skrodanes was in the employ of the defendant at one of its ice houses situated at West Camp, Ulster county, and was engaged as one of a gang of men in hoisting into position an ice slide, known as a " Merrimac," which was used to run ice down from a door in the side of the ice house. The end of this slide is hoisted up the side of the ice house by a block and tackle, having two blocks at the upper end, which blocks approach each other more closely as the end is hoisted. When the end of the slide had been raised to such a position that the two blocks were about a foot apart, the foreman in charge of the work gave orders to pull the blocks together; the men hauled on the end of the rope, the blocks came together, and the rope broke, causing the whole apparatus to fall to the ground. Part of it struck Skrodanes on the head inflicting injuries from which he died. The action was brought under the Employers' Liability Act and the notices claim failure to inspect, and worn out, rotten and defective condition of all parts of the apparatus.

*Frank R. Savidge* and *Frederick M. Thompson* for appellant.

*Charles Morschauser* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., CHASE and COLLIN, JJ.